**Order entered February 17, 2023**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-23-00110-CV

## IN THE INTEREST OF N.J., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-21-00655-X**

## ORDER

Before the Court is the February 15, 2023 request of Arturo Neria, Jr., Official Court Reporter for the 305th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the deadline to **February 27, 2023**. We caution Mr. Neria that further extension requests in this accelerated appeal involving the termination of appellant's parental rights will be disfavored.

/s/    ERIN A. NOWELL
          JUSTICE